## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 07-cr-210-PB

<u>**Hugo Martir, et al.**</u>


### <u>O R D E R</u>

    The defendant, through counsel, has moved to continue the December 4, 2007 trial in the above case, citing the need for additional time to complete discovery and negotiate a plea agreement or prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 4, 2007 to February 5, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

   The November 26, 2007 final pretrial conference is continued to January 30, 2007 at 4:30 p.m.

   SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

November 20, 2007

cc:  Jennifer C. Davis, Esq.
     Jeffrey S. Levin, Esq.
     United States Probation
     United States Marshal