```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                        Case No. 07-cr-210-PB

**Hugo Martir**


**O R D E R**

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case, citing the need for additional time to engage in further plea negotiations prior to trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 8, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 24, 2008 final pretrial conference is continued to July 31, 2008 at 3:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 24, 2008

cc: Sven Wiberg, Esq.
    Jennifer C. Davis, AUSA
    United States Probation
    United States Marshal